Robert Myers
255 Woodside ave apt 906
San Francisco, ca 94127
415-261-5663
robertmyer2012@live.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MYERS,<br>Plaintiff,<br><br>vs.<br><br>CITI BANK, BANK OF AMERICA, TD BANK, WELLS FARGO BANK CHASE BANK, TELE CHECK, CHECK SYSTEMS INC, EARLY WARNING SERVICES, VERIZON WIRELESS,<br><br>Defendant | Case No.: [Number]  CV 14 5653<br><br>INIAIL COMPLAINT<br><br> JSC |

Ever since I filed federal bankruptcy seven years ago someone has been writing checks in my name and opening bank accounts in my name and running them into the ground and then the banks close them and report them to checks systems and early warning services and tele checks, which prevents me from opening bank accounts so I can get my SSI payments from the federal government which is new federal law now you have to have direct deposit to get your funds they no longer issue paper checks any more. So I have been badly harmed by these actions I'm asking this court to order the defendant's to remove the bank accounts from there systems and remove the accounts from early warning services and check systems. As for the other defendant's to remove my check righting history from there data bases so that way I can write checks and have them go through when I write them at stores. As for Verizon wireless someone stole my wallet and opened a cell phone account in my name and ran up the bill to 2,800.00

Case 3:14-cv-05653-JSC   Document 1   Filed 12/30/14   Page 2 of 3

dollars and now I'm being harassed by a collections agency to pay the bill and it's on my credit report as well I'm not able to get cell phone service with Verizon wireless until this is taken care of. I ask this court to issues urgent remedies to fix these issues.

Dated this 29 of December, 2014.

[Attorney Name]