UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,<br><br>           Plaintiff,<br><br>      v.<br><br>CITIBANK, et al.,<br><br>           Defendants. | Case No. 14-cv-05653-JSC<br><br>**ORDER TO CLARIFY APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

   Plaintiff has filed an application to proceed in forma pauperis in this civil action. (Dkt. No. 2.) In response to question 1, Plaintiff indicated that he is not presently employed; however, he indicated that his gross and net monthly income is $12,050. On or before January 29, 2015, Plaintiff shall file a statement clarifying his monthly gross and net income.

   **IT IS SO ORDERED**.

Dated: January 15, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge