UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MYERS,

    Plaintiff,

v.

CITIBANK, et al.,

    Defendants.

Case No. 14-cv-05653-JSC

**ORDER OF DISMISSAL**

Plaintiff, proceeding pro se, filed this civil action accompanied by an application to proceed in forma pauperis. (Dkt. No. 1.) On January 15, 2015, the Court ordered Plaintiff to clarify his application to proceed in forma pauperis because in response to question 1, Plaintiff indicated that although he is not presently employed, his gross and net monthly income is $12,050. (Dkt. No. 5.) Plaintiff was given until January 29, 2015 to clarify his response. Plaintiff failed to do so and the Court denied the application without prejudice ordering Plaintiff to either pay the filing fee or file a renewed application to proceed in forma pauperis by February 24, 2015. (Dkt. No. 6.) Plaintiff was warned that a failure to respond to the Court's Order could result in dismissal of this action. Although the time to do so has passed, Plaintiff has failed to comply with the Court's Order. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge